UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09−bk−08831−CGC

    GEORGE NERA and MARY LOU NERA  Chapter: 13
*Debtor(s)*

---

    GEORGE NERA  Adversary No.: 2:10−ap−00142−CGC
    et al.
*Plaintiff(s)*

*v.*

    ECM Mortgage Corporation
*Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

ECM MORTGAGE CORPORATION

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: March 5, 2010**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: johnsonc            Page 1 of 1                    Date Rcvd: Mar 05, 2010
Case: 10-00142                 Form ID: ntrydflt         Total Noticed: 3
```

The following entities were noticed by first class mail on Mar 07, 2010.
```
dft             ECM Mortgage Corporation,    2780 Lake Vista Drive,    Lewisville, TX   75067-3884
pla            +GEORGE NERA,    2873 W. Haley Drive,    Anthem, AZ 85086-1749
pla            +MARY LOU NERA,    2873 W. Haley Drive,    Anthem, AZ 85086-1749
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2010                    Signature:    _Joseph Speetjens_